HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABBOUD TRADING CORP., <br><br> Plaintiff, <br><br> v. <br><br> EXPEDITORS INTERNATIONAL OF WASHINGTON, INC., <br><br> Defendant. | NO. 2:17-cv-00748 JLR <br><br> STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S FRCP 56 MOTION FOR SUMMARY JUDGMENT <br><br> **NOTED FOR:** <br> JULY 13, 2018 |

Plaintiff Abboud Trading Corp. and Defendant Expeditors International of Washington, Inc. ("the Parties") through their counsel of record hereby stipulate to an extension of time for Plaintiff to file its Response to Defendant's FRCP 56 Motion for Summary Judgment noted for July 20, 2018. The Parties request that Plaintiff's Response be extended from July 16th to July 30, 2018 to give time for the parties to seek a resolution of this matter.

DATED this 12th day of July, 2018.

/ / /

/ / /

/ / /

STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S FRCP 56 MOTION FOR SUMMARY JUDGMENT - 1

(Case No. 2:17-cv-00748)

LAW OFFICES
HARRIGAN LEYH FARMER & THOMSEN LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

HARRIGAN LEYH FARMER & THOMSEN LLP

By   s/ Charles Jordan
     Charles Jordan, WSBA #19206
     999 Third Avenue, Suite 4400
     Seattle, WA 98104
     Tel.: (206) 623-1700
     Fax: (206) 623-8717
     Email: chipj@harriganleyh.com

*Attorneys for Plaintiff*

FOSTER PEPPER PLLC

By   s/ Steven W. Block
     Steven W. Block, WSBA #24299
     1111 Third Avenue, Suite 3000
     Seattle, WA 98101-3299
     Tel.: (206) 447-7273
     Fax: (206) 749-2109
     Email: sblock@foster.com

*Attorneys for Defendant*

## ORDER

Based on the foregoing stipulation of the parties, **IT IS HEREBY ORDERED** that Plaintiff's time to file their Response to Defendant's FRCP 56 Motion for Summary Judgment in this matter is extended from July 16th to July 30, 2018. Accordingly, the noting date for Defendant's FRCP 56 Motion for Summary Judgment is continued from July 20th to August 3, 2018.

DATED this 13th day of July, 2018.

_____
HONORABLE JAMES L. ROBART

STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF
TIME TO FILE RESPONSE TO DEFENDANT'S FRCP 56 MOTION
FOR SUMMARY JUDGMENT - 2

(Case No. 2:17-cv-00748)

LAW OFFICES
HARRIGAN LEYH FARMER & THOMSEN LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

1  Presented by:

2  HARRIGAN LEYH FARMER & THOMSEN LLP

3  By    *s/ Charles Jordan*
4        Charles Jordan, WSBA #19206
          *Attorneys for Plaintiff*

5

6  FOSTER PEPPER PLLC

7  By    *s/ Steven W. Block*
          Steven W. Block, WSBA #24299
8        *Attorneys for Defendant*

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

STIPULATION AND [~~PROPOSED~~] ORDER FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S FRCP 56 MOTION FOR SUMMARY JUDGMENT - 3

(Case No. 2:17-cv-00748)

LAW OFFICES
HARRIGAN LEYH FARMER & THOMSEN LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Steven W. Block
> Foster Pepper PLLC
> 1111 Third Avenue, Suite 3400
> Seattle, WA 98101-3299
> Email: sblock@foster.com

By: *s/ Yvette Chambers*
Yvette Chambers, Legal Assistant

STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S FRCP 56 MOTION FOR SUMMARY JUDGMENT - 4

(Case No. 2:17-cv-00748)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717