HONORABLE JAMES L. ROBART

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| ABBOUD TRADING CORP., <br><br> Plaintiff, <br><br> v. <br><br> EXPEDITORS INTERNATIONAL OF WASHINGTON, INC., <br><br> Defendant. | NO. 2:17-cv-00748 JLR <br><br> STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITHOUT FEES OR COSTS TO ANY PARTY |

Plaintiff Abboud Trading Corp. and Defendant Expeditors International of Washington, Inc. ("the Parties") through their counsel of record, hereby stipulate that the above-entitled action be dismissed with prejudice and without fees or costs to any party.

DATED this 7th day of August, 2018.

HARRIGAN LEYH FARMER & THOMSEN LLP

By   *s/ Charles Jordan*
     Charles Jordan, WSBA #19206
     999 Third Avenue, Suite 4400
     Seattle, WA 98104
     Tel.:  (206) 623-1700
     Fax:   (206) 623-8717
     Email: chipj@harriganleyh.com

*Attorneys for Plaintiff*

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL
WITH PREJUDICE WITHOUT COSTS - 1

(Case No. 2:17-cv-00748)

FOSTER PEPPER PLLC

By  *s/ Steven W. Block*
Steven W. Block, WSBA #24299
1111 Third Avenue, Suite 3000
Seattle, WA 98101-3299
Tel.: (206) 447-7273
Fax: (206) 749-2109
Email: sblock@foster.com

*Attorneys for Defendant*

## ORDER

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-entitled matter be DISMISSED with prejudice and without costs to either party.

IT IS SO ORDERED this 8th day of August, 2018.

_____
HONORABLE JAMES L. ROBART

Presented by:

HARRIGAN LEYH FARMER & THOMSEN LLP

By  *s/ Charles Jordan*
Charles Jordan, WSBA #19206
*Attorneys for Plaintiff*

FOSTER PEPPER PLLC

By  *s/ Steven W. Block*
Steven W. Block, WSBA #24299
*Attorneys for Defendant*

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL
WITH PREJUDICE WITHOUT COSTS - 2

(Case No. 2:17-cv-00748)

LAW OFFICES
HARRIGAN LEYH FARMER & THOMSEN LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

1

**CERTIFICATE OF SERVICE**

2  I hereby certify that on August 7, 2018, I electronically filed the foregoing with the Clerk of

3  the Court using the CM/ECF system which will send notification of such filing to the following:

4
Steven W. Block
Foster Pepper PLLC
1111 Third Avenue, Suite 3400
Seattle, WA 98101-3299
Email: sblock@foster.com

5

6

7

8  By: *s/ Katy Albritton*
Katy Albritton, Legal Assistant

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL
WITH PREJUDICE WITHOUT COSTS - 3

(Case No. 2:17-cv-00748)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717